UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO GARCIA, | ) | Case No. CV 05-7725 PA(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D. OLLISON, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: December 27, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE